USDC IN/ND case 3:20-cr-00076-DRL-MGG   document 13   filed 08/12/20   page 1 of 6



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | (5 Counts) |
| ) | |
| v. ) | Case No. 3:20-cr-76-DRL |
| ) | 18 U.S.C. §§ 1591(a), |
| ) | 2251(a), 2252(a)(1), |
| KHALIL M. JACKSON ) | 2261A(2) and 2261(b) |

**THE GRAND JURY CHARGES:**

### Count 1

From on or about October 23, 2019 to on or about October 29, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**KHALIL M. JACKSON,**

knowingly transported by any means, in and affecting interstate or foreign commerce, "Jane Doe," who had not attained the age of 18, and having had a reasonable opportunity to observe "Jane Doe," and knowing that "Jane Doe" would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

**THE GRAND JURY FURTHER CHARGES:**

## Count 2

From on or about November 15, 2019 to on or about November 19, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**KHALIL M. JACKSON,**

knowingly transported by any means, in and affecting interstate or foreign commerce, "Jane Doe," who had not attained the age of 18, and having had a reasonable opportunity to observe "Jane Doe," and knowing that "Jane Doe" would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

THE GRAND JURY FURTHER CHARGES:

## Count 3

In or about November, 2019, in the Northern District of Indiana,

**KHALIL M. JACKSON,**

defendant herein, did employ, use, persuade, induce, entice, and coerce any minor, specifically "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, specifically a digital image of Jane Doe's genetalia.

All in violation of Title 18, United States Code, Section 2251(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4

From on or about November 11, 2019 to on or about May 13, 2020, in the Northern District of Indiana and elsewhere, the defendant

**KHALIL M. JACKSON,**

knowingly transported any visual depiction using any means or facility of interstate or foreign commerce, and the production of such depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, specifically a digital image of Jane Doe's genetalia.

All in violation of Title 18, United States Code, Section § 2252(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5

From in or about May, 2020 to in or about June, 2020, in the Northern District of Indiana and elsewhere,

**KHALIL M. JACKSON,**

defendant herein, with the intent to harass and intimidate, used an interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person, specifically "Jane Doe" and her grandparents,

All in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

## FORFEITURE ALLEGATION

Upon conviction for violating counts 3 and 4 of the indictment, pursuant to 18 U.S.C. § 2253, **KHALIL M. JACKSON**, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, or received in violation thereof; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation(s), specifically: one black TCL track phone with a cracked screen (IMEI unknown).

Dated: August 12, 2020

A TRUE BILL:

*s/ Foreperson*
_____
Foreperson

APPROVED BY:

    THOMAS L. KIRSCH, II
    UNITED STATES ATTORNEY

    *s/ John M. Maciejczyk*
By: _____
    John M. Maciejczyk
    Assistant United States Attorney